IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **MELISSA DAWN WILLIAMS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:20-cv-00008-O-BP |
| | § | |
| **ANDREW M. SAUL, Commissioner of** | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 20), issued on December 30, 2020. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **REVERSES** the Administrative Law Judge's decision and **REMANDS** this action to the Commissioner for further proceedings in accordance with this Order and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **21st day** of **January, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1